IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CALVIN CAVER, SR., ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 10-255 Erie |
| v. ) | |
| FEDERAL BUREAU OF PRISONS, et al., ) | |
| Defendants. ) | |

## MEMORANDUM ORDER

This civil rights action was received by the Clerk of Court on October 20, 2010 and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's oral Report and Recommendation, entered on the record on December 9, 2010 [Doc. No. 9], recommended that the Plaintiff's Motion for Temporary Restraining Order or Alternatively for Preliminary Injunction [Doc. No. 1] be denied. Plaintiff was allowed fourteen (14) days from the date of service to file objections, and objections were filed by the Plaintiff on December 22, 2010 [Doc. No. 10]. After de novo review of the motion and documents in the case, together with the Report and Recommendation and objections thereto, the following order is entered:

AND NOW, this 11th day of January, 2011;

IT IS HEREBY ORDERED that the Plaintiff's Motion for Temporary Restraining Order or Alternatively for Preliminary Injunction [Doc. No. 1] is DENIED.

The oral Report and Recommendation of Magistrate Judge Baxter, entered on the record on December 9, 2010, is adopted as the opinion of the Court.

s/ Sean J. McLaughlin
United States District Judge

cm: All parties of record
 Susan Paradise Baxter, U.S. Magistrate Judge